626 A.2d 972

**KRONOS PROPERTY HOLDINGS, N.V.**

v.

**Murray SIEDEL, P.A. et al.**

**No. 10, Sept. Term, 1993.**

Court of Appeals of Maryland.

June 29, 1993.

Lee Baylin (Francomano & Karpook, P.A., all on brief), Baltimore, for petitioner.

Millard D. Bloom (Sibrea and Bloom, all on brief), Towson, for respondent.

188

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI, and ROSALYN B. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 29th day of June, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.